**Monte Decarlos WINSTON, Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY, Respondent–Appellee.**

**United States of America, Plaintiff–Appellee,**

v.

**Monte Decarlos Winston, Defendant–Appellant.**

Nos. 09–7766, 09–7854.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 23, 2010.

Monte Decarlos Winston, Appellant Pro Se. Debra J. Prillaman, Stephen Wiley Miller, Assistant United States Attorneys, Richmond, Virginia, for Appellees.

No. 09–7766 affirmed; No. 09–7854 dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston, a federal prisoner, appeals the district court's order denying his 28 U.S.C. § 2241 (2006) petition,[1]

---

1. Pursuant to the parties' consent under 28 U.S.C. § 636(c) (2006), this case was decided by a magistrate judge.

which challenged the Bureau of Prisons' computation of his sentence. Winston also filed a notice of appeal in his criminal case. *See United States v. Winston,* No. 3:99–cr–00030–REP–1 (E.D.Va. May 27, 2003). These appeals have been consolidated, because both informal briefs demonstrate Winston's intent to appeal the district court's order denying his § 2241 petition and the issues raised therein are substantially similar.

We have reviewed the record and find no reversible error. Accordingly, we affirm the order denying Winston's § 2241 petition for the reasons stated by the district court. *See Winston v. Stansberry,* No. 3:08–cv–00553–MHL, 2009 WL 2230844 (E.D.Va. July 21, 2009). Further, we dismiss as duplicative the appeal filed in Winston's criminal case.[2]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 09–7766 *AFFIRMED.*

No. 09–7854 *DISMISSED.*

---

**2.** To the extent that Winston appeals his underlying criminal judgment, the appeal is subject to dismissal due to its untimeliness. Winston's criminal judgment was entered on May

---

28, 2003, and Winston's notice of appeal was filed on August 10, 2009. Accordingly, the appeal of Winston's criminal judgment is exceedingly late. *See* Fed. R. App. P. 4(b).